IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>JESUS QUESADA,<br><br>      Defendant. | CASE NO. 1:25-MJ-00072-SAB<br><br>**ORDER GRANTING MOTION FOR STAY OF RELEASE ORDER** |

  The government's motion for a stay of the July 1, 2025 release order is hereby GRANTED.

  The government is ordered to file its motion to revoke release no later than Monday, July 7, 2025.

IT IS SO ORDERED.

Dated: __July 1, 2025__

                     /s/ Jennifer L. Thurston
                     UNITED STATES DISTRICT JUDGE